# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KELLI GARNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  15-cv-00535-JPG-DGW |
| | ) | |
| ST. CLAIR COUNTY, ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant's Motion (Doc. 38) to Strike Original Response and for Leave to File an Amended Response in Opposition to Plaintiff's Motion to Strike Defendant's Affirmative Defenses.

For good cause shown, Defendant's Motion (Doc. 38) is **GRANTED.**  Defendant's Response (Doc. 37) in Opposition of Plaintiff's Motion to Strike is **STRICKEN.**  Defendant's amended response to Plaintiff's Motion (Doc. 35) to Strike is due **21 days** from the date of this Order.

Reply briefs are not favored; however, Plaintiff will have **14 days** from the filing of the amended response to file a reply if exceptional circumstances exist caused by the filing of the amended response.  *See* Local Rule 7.1.

**IT IS SO ORDERED.**

**DATED:** 1/13/2016

                                                    *s/J. Phil Gilbert*
                                                    **J. PHIL GILBERT**
                                                    **DISTRICT JUDGE**